# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-3096-01-CR-S-GAF |
| ) | |
| SHANNON SMALLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 12, 2014, the defendant entered a plea of guilty to Count One contained in the Indictment filed on November 7, 2012, before United States Magistrate Judge David P. Rush. On August 12, 2014, Judge Rush issued his Report and Recommendation (Doc. #78).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The parties will be advised of the date of the sentencing hearing.
SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 3, 2014